UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| BARBARA SAVAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:24-cv- |
| | ) | |
| PARKVIEW HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Parkview Hospital ("Parkview") hereby files this notice to remove an action pending against it in state court pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446. In support of this removal, Defendant states as follows:

1.      On June 7, 2024, an action was commenced against the Defendant Parkview in the Allen Circuit Court, by the Plaintiff Barbara Savage ("Savage"). That action appears by the same title as above and is docketed in the Allen Circuit Court as Cause No. 02C01-2406-PL-000269 ("State Court Action"). Parkview vigorously denies Plaintiff's allegations of unlawful conduct.

2.      Parkview received the Summons and Complaint in the State Court Action on June 13, 2024. Pursuant to Federal Rules of Civil Procedure 81(c), its answer or other responsive pleading is currently due July 9, 2024.

3.      Pursuant to 28 U.S.C. § 1446(b) and *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999), the Defendant has timely removed this action because this Notice of Removal is filed within 30 days after receipt of the initial pleading setting forth the claims for relief upon which the action is based.

4.      The State Court Action asserts claims of employment discrimination by Savage which arise under Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e *et seq.* Pursuant to 28 U.S.C. § 1331, this Court has subject matter jurisdiction over Plaintiff Savage's claims because they arise under federal law.  Accordingly, this suit is removable to this Court pursuant to 28 U.S.C. § 1441(a) & (b).  The court may assert supplemental jurisdiction of the local ordinance pursuant to 28 U.S.C. § 1441(c).

5.      The United States District Court for the Northern District of Indiana, Fort Wayne Division, is the District Court for the United States for the district and division embracing Allen County, Indiana, pursuant to 28 U.S.C. § 94(a)(1).

6.      In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Parkview in this action are attached hereto as Exhibit "A," and by this reference incorporated herein.

7.      As required by 28 U.S.C. §1446(d), Defendant is serving this Notice of Removal on counsel for the Plaintiff and filing it with the Clerk of the Allen Circuit Court.

WHEREFORE, the Defendant Parkview Hospital hereby removes this action from the Allen Circuit Court to the United States District Court for the Northern District of Indiana, Fort Wayne Division.

Dated:  July 2, 2024.

Respectfully submitted,

*s/Martha M. Lemert*
Martha M. Lemert (#20961-02)
BURT, BLEE, DIXON, SUTTON & BLOOM, LLP
200 East Main Street, Suite 1000
Fort Wayne, IN  46802
Phone: (260) 426-1300
Fax:    (260) 422-7932
Email: mlemert@burtblee.com
*Attorney for the Defendant,*
*Parkview Hospital, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system, United States First Class Mail (postage prepaid), or hand delivery. Parties may access this filing through the Court's system:

Samuel L. Bolinger
803 South Calhoun Street
Suite 300
Fort Wayne, IN 46802
*Attorneys for Plaintiff*

/s/ *Martha M. Lemert*
Martha M. Lemert